**Order filed, March 8, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00157-CV
_____

### MSC GLEANNLOCH LLC ("MSC"), Appellant

### V.

### HARRIS COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 119, Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2019-03213**

## ORDER

The reporter's record in this case was due March 4, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jennifer Gajevsky, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM